DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IDRIS RAMAAD CHRISTIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-820

[September 5, 2019]

Appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432003CF000385A.

Idris Ramaad Christie, Malone, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***